```
                    UNITED STATES OF AMERICA
                    DISTRICT COURT OF NEW JERSEY
_____

M&T BANK,

        PLAINTIFF
        DEFENDANT,

V.
                                        FORECLOSURE
                                        DOCKET NUMBER 3-23-CV-01609 MAS-LHG
                                        DATE: MARCH 24, 2023

  CHRYSSOULA MARINOS-ARSENIS,

        DEFENDANTS/COUNTER-
        CLAIMANTS


_____

                                        MARCH 24, 2023

VIA CM/ECF
The Honorable Michael A. Shipp
United States District Judge
United States District Court for District of New Jersey
Clarkson S Fisher Building
402 East State Street
Trenton, NJ 08608


       Re: Chryssoula Arsenis DOCKET NO. 3-23-CV-01609 MAS-LHG
Dear Judge Shipp:

Chryssoula Marinos-Arsenis, respectfully requests an extension
of time to file all the documents, The Defendants require
further time from the current due on  March 27, 2023
 This is the Defendants first request for an extension to file
her documents.

Moreover, the additional time requested above is needed for the
corporation to retain legal counsel.

If this request meets your approval, please sign the bottom of
this letter. Thank you for your consideration.
```

1

```
                                        Very truly yours,

                              By  s/Chryssoula Marinos -Arsenis
                                      Chryssoula Marinos-Arsenis
cc. Richard A. Gerbino
15 Cornell Road
Lathem, NY 12110
```

**SO ORDERED:**

DATED: 03/24/2023

```
TRENTON, NJ           _____
                      HON. MICHAEL A. SHIPP
                      DISTRICT COURT JUDGE
                      UNITED STATES DISTRICT COURT
```