Received internally
New York, 5/23/2022
General Consul
(signed)
Kyriaki Triantafyllidou
Administrative Secretary
(Stamp: Hellenic Republic – General Consulate of Greece in New York)

True copy from the original on record
Chalkida, 5/23/2022
The Mayor of Chalkida
(signed)
Alexandros Paschalidis
(Stamp: Hellenic Republic- Municipality of Chalkideon, Registry)

Municipality of Chalkideon
Municipal Unit of Chalkida
Registry

## DEATH CERTIFICATE

Date of Registration: September Sixteen (16), 2012
Day: Sunday and time: 09:30
Registrar: Alexandros Paschalidis

Last name: Arsenis
Father's name: Spyridon
Spouse's Name: Chrysoula
Marital Status: Married
Occupation: Retired from Public Sector
Place of Birth: Athens, Attiki Prefecture
Registered in the Municipality of:
Residence:
Place of Death:
Date of Death:
Date:
Time:
Cause of Date:
Certified on:
By the medical Examiner:
Drafted based on the statement of:
Occupation:
Resident of:
National ID Card:

First Name: Charalampos
Mother's Name: Eleni
Maiden Name: Marinou
Religion: Christian Orthodox
Citizenship: Greek
Date of birth: 4-22-1935
Athens - Attiki Prefecture
Chalkida – 74 Chaina
Chalkida – home
September Fourteen (14), Two Thousand Twelve (2012)
Paraskevi
18:00
Diffuse Carcinomatosis
9-15-2012
Ch. Spiliopoulou
Dimitrios Metalis
Funeral Home
Chalkida
AH984104 Chalkida

The instant certificate was read, certified and signed by the declarant and the Registrar.

The Declarant
(signed)

The Registrar
(signed)

*Official Translation from Greek to English*

page 1/2




A.B.E. 5610
ΕΥΡΩ 30
ΔΟΜ. 31 50

Page    (illegible)

MARGIN

Certificate Number 344

Last Name: Arsenis

First Name: Charalampos

Father's Name: Spyridon

National ID Card: AH988461 Chalkida

Tax ID number: 008241453

National Security Number: 22043500911

CONSULATE GENERAL OF GREECE
NEW YORK
Certification of signature of
Elpida Fotopoulou
...
New York, N.Y. 31 May 2022
The Consul General
By. IOANNIS PAPPAS

---

### Certification of True and Accurate English Language Translation

I hereby certify that I am fluent in the Greek and English languages. The translation of the attached Death Certificate is a true and accurate translation of the attached document in the Greek language.

Signed: *(signature)*

Full Name: Elpida Fotopoulou, Certified Translator by the Consulate General of Greece in New York/ Court Interpreter in the New York State Unified Court System
Date: May 31, 2022
Address / contact information: 325 East 77th Street, Apt 1J, New York, New York 10075,
Tel.: 646-464-1231, email: elpfotopoulou@hotmail.com

Λήφθη υπηρεσιακώς
Αθήνα, 23/5/2022
Πρότασις και.

*[υπογραφή]*
Κυριακή Τριανταφυλλίδου
Διοικητικός Γραμματέας

Ακριβές Φωτοτυπικό αντίγραφο
από το πρωτότυπο που βρίσκεται
στο αρχείο μας
Χαλκίδα 23/5/2022
Ο ΛΗΞΙΑΡΧΟΣ Δ. Ε. ΧΑΛΚΙΔΑΣ

*[υπογραφή]*
ΑΛΕΞΑΝΔΡΟΣ ΠΑΣΧΑΛΙΔΗΣ

---

| ΠΕΡΙΘΩΡΙΟ | ΔΗΜΟΣ ΧΑΛΚΙΔΕΩΝ |
|---|---|
| Σελίδα ........ | Δημοτική Ενότητα Χαλκίδας |
| | ΛΗΞΙΑΡΧΕΙΟ |

## ΛΗΞΙΑΡΧΙΚΗ ΠΡΑΞΗ ΘΑΝΑΤΟΥ

Χρονολογία δήλωσης **16 δεκαέξι** — Σεπτεμβρίου — 2012
Ημέρα **Κυριακή** και ώρα **09:30**
Ληξίαρχος **Αλέξανδρος Πασχαλίδης**

Επώνυμο **Αρσένης** Όνομα **Χαράλαμπος**
Όνομα Πατέρα **Σπυρίδων** Όνομα Μητέρας **Ελένη**
Όνομα συζύγου **Χρυσούλα** Το γένος **Μαρίνου**
Οικογενειακή κατάσταση **Έγγαμος** Θρήσκευμα **Χ.Ο.**
Επάγγελμα **Συντ/χος Δημοσίου** Υπηκοότητα **Ελληνική**
Τόπος γεννήσεως **Αθήνα – Ν. Αττικής**
Έτος γεννήσεως **22-4-1935**
Δημότης Δήμου **Αθηναίων – Ν. Αττικής**
Μητρώα Αρρένων Δήμου **Αθηναίων – Ν. Αττικής**
Τόπος κατοικίας **Χαλκίδα – Λαϊνά 74**
Τόπος θανάτου **Χαλκίδα – οικία**
ΗΜΕΡΟΜΗΝΙΑ ΘΑΝΑΤΟΥ **14 δεκατέσσερις** μηνός **Σεπτεμβρίου**
Έτους δυο χιλιάδες **δώδεκα** (2012) ημέρα **Παρασκευή** ώρα **18:00 ανευρ.**
Αιτία θανάτου **Γενικευμένη Καρκινωμάτωση**

Βεβαιώθηκε στις **15-9-2012**
από τον Ιατρό **Δικαστή Δ. Σπηλιοπούλου**
Συντάχθηκε με δήλωση του **Δημητρίου Μετάλλη**
επάγγελμα **γραφ. τελετών** κατοίκου **Χαλκίδα**
Α.Δ.Τ. **ΑΗ 984104 Χαλκίδα**

Η παρούσα πράξη διαβάστηκε, βεβαιώθηκε και υπογράφεται από τον δηλώσαντα και τον Ληξίαρχο.

Ο Δηλών
*[υπογραφή]*

Ο Ληξίαρχος
*[υπογραφή]*
ΑΛΕΞΑΝΔΡΟΣ ΠΑΣΧΑΛΙΔΗΣ

Αρ.Θ. Πράξης **344**

Επώνυμο **Αρσένης**
Κ. όνομα **Χαράλαμπος**
του **Σπυρίδων**
ΑΔΤ: **ΑΗ988461 Χαλκίδα**
ΑΦΜ: **008241453**
ΑΜΚΑ: **22043500911**