OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 10, 2024

Melissa E. Rhoads
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 E State Street
Trenton, NJ 08608

RE: M&T Bank v. Chryssoula Arsenis, et al
Case Number: 23-2324
District Court Case Number: 3-23-cv-01609

Dear District Clerk

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment shows costs taxed, if any.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc: Chryssoula Arsenis,
 Brian P. Scibetta, Esq.